

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00215-CR

EX PARTE MICHAEL ELLIS

§ On Appeal from the 213th District Court

§ of Tarrant County (1497758D)

§ December 20, 2018

§ Opinion by Justice Meier

§ (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the order of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
Justice Bill Meier